HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CRESENCIO OMAR DAVILA LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CRESENCIO OMAR DAVILA LARA, <br><br> Defendant. | Case No. 2:17-cr-00089-MCE <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING** <br><br> Date: August 10, 2017 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Katherine T. Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Cresencio Omar Davila Lara, that the change of plea and sentencing hearing scheduled for August 10, 2017 **be vacated and be continued to August 17, 2017 at 10:00 a.m.**

On June 16, 2017, Mr. Lara appeared for arraignment and entered a not guilty plea. Counsel set a future status conference for August 3, 2017. On the Court's own motion the August 3, 2017 change of plea and sentencing hearings were vacated and continued to August 10, 2017. The parties now request a continuance to August 17, 2017 and agree this date represents the best next date for a hearing. This date provides defense counsel needed time to continue investigating the facts of the case, reviewing discovery, and negotiating a resolution to

AMENDED Stipulation and Order to Continue Change of Plea and Sentencing Hearing                -1-                *U.S. v. Lara*, 2:17-cr-89-MCE

this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from August 3, 2017 through and including August 17, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 8, 2017         /s/ Jerome Price
                             JEROME PRICE
                             Assistant Federal Defender
                             Attorneys for Defendant
                             CRESENCIO OMAR DAVILA LARA

Date: August 8, 2017         PHILLIP A. TALBERT
                             United States Attorney

                             /s/ Katherine T. Lydon
                             KATHERINE T. LYDON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time between August 3, 2017, up to and including August 17, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 10, 2017 change of plea and sentencing hearing shall be continued until August 17, 2017, at 10:00 a.m. before Judge England.

IT IS SO ORDERED.

Dated: August 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE